THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,                                        Respondent,
 
 
 

v.

 
 
 
Darlene Theresa Watts,                   Appellant.
 
 
 

Appeal From Richland County
J. Ernest Kinard, Jr., Circuit Court Judge

Unpublished Opinion No. 2004-UP-503
Submitted October 1, 2004  Filed October 
 8, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, 
 of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Darlene Theresa Watts pled guilty to four counts 
 of forgery and three counts of bank fraud.  She was sentenced to four years 
 on each offense, to be served concurrently.  Wattss appellate counsel filed 
 a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel 
 additionally submitted a petition to be relieved from representation, asserting 
 there are no directly appealable issues of arguable merit.  Watts filed a pro 
 se response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 GOOLSBY, ANDERSON, and WILLIAMS, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.